IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MYRON NEWJEAN ANDERSON JR.**                                **PLAINTIFF**
**ADC #123288**

**v.**                           No: 4:20-cv-00932 JM-PSH

**JAMES SHIPMAN,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED, this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE